**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

FILED
12 APR 12 AM 11:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ______

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NATIONAL PHOTO GROUP, LLC,** a limited liability company,

Plaintiff,

vs.

**BUZZMEDIA CORP. dba BUZZNET, INC.**, a California corporation; and **DOES 1-10**, inclusive,

Defendants.

CV12-03193 PLA

Case No.

**COMPLAINT FOR:**
**1) COPYRIGHT INFRINGEMENT**
**2) CONTRIBUTORY COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff National Photo Group, LLC, by and through its undersigned counsel, states and alleges as follows:

## INTRODUCTION

1. Plaintiff National Photo Group, LLC ("NPG") provides entertainment-related photojournalism goods and services. In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications. NPG's portfolio of celebrity photographs are the bread and butter of its business.

2. NPG has obtained U.S. copyright registrations covering many of its celebrity photographs, and others are the subject of pending copyright applications.

3. Defendant BuzzMedia Corp. dba Buzznet, Inc. ("BuzzMedia") owns and operates several websites dedicated to entertainment and pop culture. On its flagship website located at <buzz-media.com>, BuzzMedia describes itself as "the fasted growing company in the digital content landscape today."

4. On numerous occasions, without permission or authorization from NPG, BuzzMedia copied, modified, and displayed NPG's celebrity photographs on BuzzMedia's website.

5. BuzzMedia engaged in this misconduct knowingly and in violation of the United States copyright laws.

6. NPG has been substantially harmed as a result of BuzzMedia's misconduct.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. § 1367(a) in that the state

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

8. This Court has personal jurisdiction over BuzzMedia because BuzzMedia is located, and maintains its principal place of business, within California and this judicial district.

9. Venue is proper under 28 U.S.C. § 1391(a)(2) because this is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

## PARTIES

10. NPG is a California limited liability company and maintains its principal place of business in Los Angeles, California.

11. Upon information and belief, BuzzMedia Corp. dba Buzznet, Inc. is a California corporation that maintains its principal place of business in Los Angeles, California.

12. NPG does not know the true names and capacities, whether individual, associate, corporate or otherwise, of Defendants sued herein as Does 1-10 inclusive, and NPG therefore sues said Defendants by such fictitious names.

13. NPG will amend this complaint to state the true names and capacities of the Defendants once they have been discovered. NPG is informed and believes, and, on that basis, alleges that each Defendant sued herein by a fictitious name is in some way liable and responsible to NPG based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### NPG's Business

14. NPG provides entertainment-related photojournalism goods and services. In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

15. NPG has invested significant time and money in building its celebrity photograph portfolio. Due to the quality of its celebrity photographs, NPG has developed an impressive list of clients including some of the most-recognized names in celebrity reporting ("NPG's Clients").

**NPG's Copyrights**

16. NPG has obtained U.S. copyright registrations covering many of its celebrity photographs.

17. NPG's celebrity photographs are original, creative works in which NPG owns protectable copyright interests.

18. NPG owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPG's celebrity photographs.

19. For example, on March 17, 2011, NPG obtained copyright registrations for a collection of celebrity photographs, USCO Registration Nos. VA 1-764-427, VA 1-764-424, VA 1-764-428, and VA 1-764-426, which included a series of photographs of actor Angelina Jolie (collectively, the "Jolie Photographs").

20. Similarly, on February 21, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-806-514, which feature actor Drew Barrymore (the "Barrymore Photographs").

21. The Jolie Photographs and the Barrymore Photographs are collectively referred to herein as the "Photographs."

22. NPG's copyrights in the Photographs are collectively referred to herein as the "Copyrights."

**BuzzMedia's Websites**

23. BuzzMedia is the registered owner of several websites.

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

24. On information and belief, and at all relevant times, the website located at <pinkisthenewblog.com> (the "Pink Website") is and has been registered to BuzzMedia.

25. On information and belief, and at all relevant times, the website located at <angelinajoliephotos.net> (the "Jolie Website") was registered to BuzzMedia. On information and belief, in or about January 2012, registration of the Jolie Website was transferred to an anonymous registrant using Domains By Proxy's privatization service.

26. On information and belief, and at all relevant times, the website located at <bradpittphotos.net> (the "Pitt Website") was registered to BuzzMedia. On information and belief, in or about January 2012, registration of the Pitt Website was transferred to Luo Yejun of Guangzhou, China.

27. The Pink Website, the Jolie Website, and the Pitt Website are referred to collectively herein as the "Websites."

28. On information and belief, BuzzMedia operates the Websites and is responsible for all content.

29. The Websites are monetized in that each contains paid advertisements.

## <u>BuzzMedia's Misconduct</u>

30. On information and belief, copyrighted images copied from other Internet locations are frequently posted on the Pink Website, as well as the other Websites.

31. BuzzMedia is aware of the facts or circumstances from which this infringing activity is apparent.

32. On numerous occasions, without permission or authorization from NPG, BuzzMedia copied, modified, and displayed NPG's celebrity photographs on BuzzMedia's Websites, in violation of NPG's copyrights.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

33. For example, on or about January 20, 2011, the Jolie Photographs were posted on the Jolie Website. On information and belief, at the time of this posting BuzzMedia was the registered owner of the Jolie Website.

34. On or about January 22, 2011, one of the Jolie Photographs was also posted on the Pitt Website. On information and belief, at the time of this posting, BuzzMedia was the registered owner of the Pitt Website.

35. On or about February 22, 2012, the Barrymore Photographs were posted on the Pink Website. On information and belief, at the time of this posting, BuzzMedia was the registered owner of the Pink Website.

36. On information and belief, the Photographs were copied from the websites of NPG's Clients and reposted on the Websites without license or permission, thereby infringing on the Copyrights (the "Infringement").

37. On information and belief, BuzzMedia was aware of facts or circumstances which made the Infringement apparent. Copyright infringement on the Websites, particularly on the Pink Website, is rampant and readily apparent to anyone who views them. On information and belief, BuzzMedia has employed, or has appointed as its representatives and agents, writers and editors to review and modify the Website content, such as the editor of the Pink Website, Trent Vanegas. In the past, the editors of another BuzzMedia website (not including any of the Websites at issue) has licensed photographs from NPG (not including any of the Photographs at issue) and has paid for those photographs with a BuzzMedia check. Based on this totality of circumstances, BuzzMedia cannot claim that it is not aware of the widespread infringing activities, including the Infringement, on the Websites. Such a claim would amount to willful blindness on the part of BuzzMedia.

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

38. On information and belief, BuzzMedia engaged in the Infringement knowingly and in violation of United States copyright laws.

39. On information and belief, BuzzMedia has received a financial benefit directly attributable to the Infringement. Specifically, by way of the Infringement, BuzzMedia increased traffic to the Websites and, in turn, its advertising revenues.

40. As a result of BuzzMedia's misconduct, NPG has been substantially harmed.

## FIRST CLAIM FOR RELIEF

## (Copyright Infringement, 17 U.S.C. § 501 et seq.)

41. NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs.

42. The Photographs are original, creative works in which NPG owns protectable copyright interests.

43. NPG owns the copyright for the Photographs, USCO Registration Nos. VA 1-764-427, VA 1-764-424, VA 1-764-428, VA 1-764-426, and VA 1-806-514.

44. NPG has not licensed BuzzMedia or any of the Websites to use the Photographs in any manner, nor has NPG assigned any of its exclusive rights in the Copyrights to BuzzMedia.

45. Without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, BuzzMedia reproduced the Photographs.

46. On information and belief, without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, BuzzMedia displayed the Photographs on the Websites.

47. BuzzMedia's reproduction of the Photographs, and display of the Photographs on the Websites constitute copyright infringement.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

48. On information and belief, thousands of people have viewed the unlawful copies of the Photographs on the Websites.

49. On information and belief, BuzzMedia had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPG's copyrighted material.

50. BuzzMedia's copyright infringement has damaged NPG in an amount to be proven at trial.

**SECOND CLAIM FOR RELIEF**

**(Contributory Copyright Infringement)**

51. NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

52. NPG is informed and believes, and on that basis alleges, that BuzzMedia participated in the Infringement by, and in addition to the conduct discussed above, financially benefiting from the Infringement of NPG's Copyrights in the Photographs with the knowledge that the editors of the Websites did not have any rights to the Photographs.

53. On information and belief, BuzzMedia provided the means by which the editors of the Websites infringed NPG's Copyrights in the Photographs by maintaining the Websites, and by permitting the Photographs to be posted on said Websites.

54. BuzzMedia's contributory copyright infringement has damaged NPG in an amount to be proven at trial.

//

//

//

//

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

## PRAYER FOR RELIEF

**WHEREFORE**, NPG respectfully requests judgment as follows:

1. That the Court enter a judgment finding that BuzzMedia has infringed on NPG's Copyrights in the Photographs in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

   a. Statutory damages against BuzzMedia pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative NPG's actual damages and BuzzMedia's wrongful profits in an amount to be proven at trial;

   b. NPG's attorneys' fees pursuant to 17 U.S.C. § 505;

   c. NPG's costs; and

3. Such other relief that the Court determines is just and proper.

Respectfully Submitted,

DATED: April 9, 2012

**KRONENBERGER ROSENFELD, LLP**

By: ______________________
Virginia Sanderson

Attorneys for Plaintiff

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: April 9, 2012

**KRONENBERGER ROSENFELD, LLP**

By: ______________________
Virginia Sanderson

Attorneys for Plaintiff

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
NATIONAL PHOTO GROUP, LLC, a limited liability company

**DEFENDANTS**
BUZZMEDIA CORP. dba BUZZNET, INC., a California corporation, and DOES 1-10, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Virginia Sanderson, KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108, (415) 955-1155

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No

☐ **MONEY DEMANDED IN COMPLAINT: $**______________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement, 17 U.S.C. § 501 et seq

**VII. NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS | TORTS | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | PERSONAL INJURY | PERSONAL PROPERTY | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-03193

**FOR OFFICE USE ONLY:** Case Number: ______________________________

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ **Date** April 9, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

NATIONAL PHOTO GROUP, LLC, a limited liability company,
*Plaintiff*

v.

BUZZMEDIA CORP. dba BUZZNET, INC., a California corporation, and DOES 1-10, inclusive,
*Defendant*

Civil Action No. CV12-03193PLA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BUZZMEDIA CORP. dba BUZZNET, INC.
c/o Dave Barry
6464 Sunset Blvd, Suite 650
Hollywood, CA 90028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl S. Kronenberger
KRONENBERGER ROSENFELD, LLP
150 Post St., Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JULIE PRADO SEAL

Date: APR 12 2012

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: