**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>             Plaintiff,<br><br>       vs.<br><br>**BUZZMEDIA CORP. d/b/a BUZZNET, INC.**, a California corporation; and **DOES 1-10**, inclusive,<br><br>             Defendants. | Case No. 2:12-cv-03193-GAF-PJW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Case No. 2:12-cv-03193-GAF-PJW                     **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED between Plaintiff National Photo Group, LLC ("NPG") and Defendant BuzzMedia Corp. d/b/a BuzzNet, Inc. ("BuzzMedia"), that the above-captioned action and all claims therein are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), which each party to bear its own attorneys' fees and cost.

IT IS SO STIPULATED.

DATED: February 12, 2013          **KRONENBERGER ROSENFELD, LLP**

By:  s/Virginia Sanderson
    Virginia Sanderson
Attorneys for Plaintiff

DATED: February 12, 2013          **KAYE SCHOLER LLP**

By:  s/ Joshua Stambaugh
    Joshua Stambaugh
Attorneys for Defendant

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4 for The United States District Court for the Central District of California, I, Virginia Sanderson, hereby attest that the concurrence to the filing of the foregoing has been obtained from Joshua Stambaugh, who has provided the conformed signature above.

    Virginia Sanderson
    Virginia Sanderson

Case No. 2:12-cv-03193-GAF-PJW     1     **STIPULATION FOR DISMISSAL WITH PREJUDICE**